UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
MACARIO BELEN DAGDAGAN,          )
                                 )    2:08-cv-00922-GEB-GGH
          Plaintiff,             )
                                 )
     v.                          )    ORDER
                                 )
CITY OF VALLEJO;  Vallejo Officer)
J. WENTZ (ID #524); Vallejo Officer)
JOHN BOYD (ID #589); AND DOES 1-30,)
                                 )
          Defendants.            )
                                 )
```

This action is stayed under the Notice of Automatic Stay filed May 28, 2008, until it is shown that the stay is lifted or should be lifted.  Counsel shall notify the Court in a filing as soon as the Stay is lifted.

IT IS SO ORDERED.

Dated: July 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge