1  **P O R T E R  |  S C O T T**

A PROFESSIONAL CORPORATION

2  Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301

3  350 University Ave., Suite 200
Sacramento, California 95825

4  TEL: 916.929.1481
FAX: 916.927.3706

5

6  Attorneys for Defendants CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  MACARIO BELEN DAGDAGAN,               Case No.: CIV. 2:08-CV-0922-GEB GGH

12               Plaintiffs,

13  vs.                                   **DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

14  CITY OF VALLEJO; VALLEJO OFFICER
J. WENTZ (ID#524); VALLEJO OFFICER

15  JOHN BOYD (ID # 589); and DOES 1-30,

16               Defendant.

17  _____/

18       Defendants CITY OF VALLEJO, J. WENTZ, JOHN BOYD, and JAMES

19  MELVILLE (hereinafter collectively "Defendants")  hereby respond to the First Amended

20  Complaint of Plaintiff MACARIO BELEN DAGDAGAN ("Plaintiff") as follows:

21       1.    Answering paragraph 1 and paragraph 2, these answering Defendants contend

22  that said paragraphs contain conclusions of law and not averments of facts to which an

23  answer may be required, but insofar as an answer may be deemed required, these answering

24  Defendants generally and specifically deny each and every allegation contained in said

25  paragraphs.

26       2.    Answering paragraph 3, these answering Defendants lack sufficient

27  information or knowledge to enable them to answer the allegations contained in said

28  paragraph, and basing their denial on that ground, generally and specifically deny each and

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES**
00676306.WPD   **MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1    every allegation contained in said paragraph.

2            3.       Answering paragraph 4, these answering Defendants admit the allegations

3    contained in said paragraph.

4            4.       Answering paragraph 5, these answering Defendants admit that OFFICER J.

5    WENTZ was employed as a law enforcement officer by the CITY OF VALLEJO.

6    Answering the remaining allegations contained in said paragraph, these answering

7    Defendants lack sufficient information or knowledge to enable them to answer the remaining

8    allegations contained in said paragraph and basing their denial on that ground, generally and

9    specifically deny each and every remaining allegation contained in said paragraph.

10           5.       Answering paragraph 6, these answering Defendants admit that OFFICER

11   JOHN BOYD was employed as a law enforcement officer by the CITY OF VALLEJO.

12   Answering the remaining allegations contained in said paragraph, these answering

13   Defendants lack sufficient information or knowledge to enable them to answer the remaining

14   allegations contained in said paragraph and basing their denial on that ground, generally and

15   specifically  deny each and every remaining allegation contained in said paragraph.

16           6.       Answering paragraph 7, these answering Defendants admit that OFFICER

17   JAMES MELVILLE was employed as a law enforcement officer by the CITY OF

18   VALLEJO.  Answering the remaining allegations contained in said paragraph, these

19   answering Defendants lack sufficient information or knowledge to enable them to answer the

20   remaining allegations contained in said paragraph and basing their denial on that ground,

21   generally and specifically  deny each and every remaining allegation contained in said

22   paragraph.

23           7.       Answering paragraph 8, these answering Defendants generally and specifically

24   deny each and every allegation contained in said paragraph.

25                              **FACTUAL ALLEGATIONS**

26           8.       Answering paragraph 9, these answering Defendants lack sufficient

27   information or knowledge to enable them to answer the allegations contained in said

28   paragraphs, and basing their denial on that ground, generally and specifically deny each and

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00676306.WPD

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  every allegation contained in said paragraph.

2      9.    Answering paragraph 10, these answering Defendants admit that Defendants

3  WENTZ and BOYD entered an apartment at 412 Louisiana Street, Vallejo, CA, without a

4  warrant, and found Plaintiff in bed.  Answering the remaining allegations contained in said

5  paragraph, these answering Defendants, generally and specifically  deny each and every

6  remaining allegation contained in said paragraph.

7      10.    Answering paragraph 11, these answering Defendants generally and

8  specifically deny each and every allegation contained in said paragraph.

9      11.    Answering paragraph 12, these answering Defendants admit that a taser was

10  deployed twice at plaintiff, who was subsequently placed in handcuffs.  Answering the

11  remaining allegations contained in said paragraph, these answering Defendants, generally

12  and specifically  deny each and every remaining allegation contained in said paragraph.

13      12.    Answering paragraph 13,  these answering Defendants lack sufficient

14  information or knowledge to enable them to answer the allegations contained in said

15  paragraph, and basing their denial on that ground, generally and specifically deny each and

16  every allegation contained in said paragraph.

17      13.    Answering paragraphs 14, 16, and 17, these answering Defendants generally

18  and specifically deny each and every allegation contained in said paragraphs.

19      14.    Answering paragraph 15, these answering Defendants admit that an ambulance

20  was summoned.  Answering the remaining allegations contained in said paragraph,  these

21  answering Defendants lack sufficient information or knowledge to enable them to answer the

22  allegations contained in said paragraph, and basing their denial on that ground, generally and

23  specifically deny each and every remaining allegation contained in said paragraph.

24      15.    Answering paragraph 18, these answering Defendants admit that Defendant

25  MELVILLE prepared an application for a search warrant.  Answering the remaining

26  allegations contained in said paragraph, these answering Defendants lack sufficient

27  information or knowledge to enable them to answer the allegations contained in said

28  paragraph, and basing their denial on that ground, generally and specifically deny each and

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1  every remaining allegation contained in said paragraph.

2      16.    Answering paragraph 19, these answering Defendants admit that Defendant

3  MELVILLE executed the search warrant.  Answering the remaining allegations contained

4  in said paragraph, these answering Defendants generally and specifically deny each and every

5  remaining allegation contained in said paragraph.

6      17.    Answering paragraphs 20, 21, 22, 23, and 24, these answering Defendants lack

7  sufficient information or knowledge to enable them to answer the allegations contained in

8  said paragraphs, and basing their denial on that ground, generally and specifically deny each

9  and every allegation contained in said paragraphs.

10      18.    Answering paragraph 25, these answering Defendants generally and

11  specifically deny each and every allegation contained in said paragraph.

12      19.    Answering paragraph 26, these answering Defendants admit that Plaintiff

13  submitted a tort claim.  Answering the remaining allegations contained in said paragraph,

14  these answering Defendants generally and specifically deny each and every remaining

15  allegation contained in said paragraph.

16  **FIRST CLAIM FOR RELIEF**

17      20.    Answering paragraph 27, these answering Defendants incorporate by reference

18  their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully

19  restated herein.

20      21.    Answering paragraphs 28(a-e), 29(a-b), 30(c-d)[sic], 31(a-b), and 32, these

21  answering Defendants generally and specifically deny each and every allegation contained

22  in said paragraphs.

23  **SECOND CLAIM FOR RELIEF**

24      22.    Answering paragraph 33, these answering Defendants incorporate by reference

25  their responses to paragraphs 1 through 24 and 26 of the First Amended Complaint as though

26  fully restated herein.

27      23.    Answering paragraphs 34 and 35, these answering Defendants generally and

28  specifically deny each and every allegation contained in said paragraphs.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES
00676306.WPD    MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

**THIRD CLAIM FOR RELIEF**

24.     Answering paragraph 36, these answering Defendants incorporate by reference their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully restated herein.

25.     Answering paragraphs 37 and 38, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

**FOURTH CLAIM FOR RELIEF**

26.     Answering paragraph 39, these answering Defendants incorporate by reference their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully restated herein.

27.     Answering paragraphs 40 and 41, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

**FIFTH CLAIM FOR RELIEF**

28.     Answering paragraph 42, these answering Defendants incorporate by reference their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully restated herein.

29.     Answering paragraphs 43 and 44, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

**SIXTH CLAIM FOR RELIEF**

30.     Answering paragraph 45, these answering Defendants incorporate by reference their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully restated herein.

31.     Answering paragraphs 46 and 47, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

///

///

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

5

00676306.WPD

DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1

**SEVENTH CLAIM FOR RELIEF**

2          32.     Answering paragraph 48, these answering Defendants incorporate by reference

3  their responses to paragraphs 1 through 24 of the First Amended Complaint as though fully

4  restated herein.

5          33.     Answering paragraphs 49 and 50, these answering Defendants generally and

6  specifically deny each and every allegation contained in said paragraphs.

7

**<u>AFFIRMATIVE DEFENSES</u>**

8

**FIRST AFFIRMATIVE DEFENSE**

9          Plaintiff's claims, and each of them, against these answering Defendants fail to state

10  claims upon which relief can be granted.

11

**SECOND AFFIRMATIVE DEFENSE**

12          At all times mentioned in the First Amended Complaint, Defendants, and each of

13  them, were acting in good faith and are entitled to the good faith qualified immunity.

14

**THIRD AFFIRMATIVE DEFENSE**

15          Plaintiff's claims, and each of them, are barred by the doctrines of waiver and

16  estoppel.

17

**FOURTH AFFIRMATIVE DEFENSE**

18          Plaintiff's claims, and each of them, are barred by the doctrines of express or implied

19  consent.

20

**FIFTH AFFIRMATIVE DEFENSE**

21          Plaintiff failed to use ordinary care for the safety of his person and property, were

22  negligent and careless concerning the matters set forth in this action, and any damage

23  suffered by him proximately resulted therefrom.

24

**SIXTH AFFIRMATIVE DEFENSE**

25          Plaintiff wrongfully, unlawfully and maliciously made and threatened an assault and

26  battery upon Defendants and himself provoked the alleged affray, and Defendants used no

27  more than reasonable and necessary force in defense of themselves, their persons and

28  property.

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

6

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES**
00676306.WPD          **MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1

## SEVENTH AFFIRMATIVE DEFENSE

2    Plaintiff's claims, and each of them, are barred by the provisions of California Penal

3  Code sections 834(a), 835, 835(a), 836 and 836.5.

4

## EIGHTH AFFIRMATIVE DEFENSE

5    Plaintiff's claims, and each of them, are barred by the applicable statute of limitations.

6

## NINTH AFFIRMATIVE DEFENSE

7    Plaintiff failed to exercise reasonable diligence so as to mitigate the damages, if any,

8  alleged in the First Amended Complaint, and said conduct was the sole and proximate cause

9  of said injuries.

10

## TENTH AFFIRMATIVE DEFENSE

11    Each act or omission alleged in the First Amended Complaint falls within the

12  immunities and defenses described in sections 815 *et seq*. of the Government Code, including

13  but not limited to sections 815, 815.2, 815.4, 818, 818.8, 820, 820.2, 820.4, 820.6, 820.8,

14  821, 821.6, 821.8,  822.2, 845, and 846.

15

## ELEVENTH AFFIRMATIVE DEFENSE

16    Each act or omission alleged in the First Amended Complaint falls within the

17  immunities and defenses described in sections 900 *et seq*. of the Government Code, the Tort

18  Claims Act, , including but not limited to 910.8, 911.2, 911.4, and 945.6.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00676306.WPD

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1

**PRAYER**

2    WHEREFORE, Defendants CITY OF VALLEJO, J. WENTZ, JOHN BOYD, and

3 JAMES MELVILLE pray for judgment as follows:

4    1.  That Plaintiff's action be dismissed;

5    2.  That Plaintiff takes nothing by way of his First Amended Complaint;

6    3.  That Defendants be awarded their costs of suit, including attorney fees; and

7    4.  For such other relief as the Court deems proper.

8

9           Respectfully submitted,

10 Dated: April 24, 2009     PORTER SCOTT
             A Professional Law Corporation

11

12        By   /s/ John R. Whitefleet
           John R. Whitefleet
13          Terence J. Cassidy
          Attorneys for Defendants
14         CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER
15         JAMES MELVILLE

**DEMAND FOR JURY TRIAL**

Defendants CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE hereby demand a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

DATED: April 24, 2009

Respectfully submitted,
PORTER SCOTT
A PROFESSIONAL CORPORATION

By ____/s/ John R. Whitefleet____
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendants
CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00676306.WPD

**DEFENDANTS CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN BOYD, and OFFICER JAMES MELVILLE'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**