1

**P O R T E R  |  S C O T T**

A PROFESSIONAL CORPORATION

2   John R. Whitefleet, SBN 213301
Terence J. Cassidy, SBN 99180

3   350 University Ave., Suite 200
Sacramento, California 95825

4   TEL: 916.929.1481
FAX: 916.927.3706

5

Attorneys for Defendants CITY OF VALLEJO, OFFICER J. WENTZ, OFFICER JOHN

6   BOYD, OFFICER MELVILLE

7   Peter W. Alfert, SBN 83139
HINTON, ALFERT & SUMNER

8   1646 No. California Blvd. Suite 600
Walnut Creek, CA 94596

9   925-932-6006
925-932-3412 (fax)

10  alfert@hinton-law.com

11  Todd Boley, SBN 68119
Attorney At Law

12  476 Third Street
Oakland, CA 94607

13  telephone (510) 836-4500
facsimile (510) 649-5170

14

Attorneys for Plaintiff

15

16            **IN THE UNITED STATES DISTRICT COURT**

17              **EASTERN DISTRICT OF CALIFORNIA**

18  MACARIO BELEN DAGDAGAN,      Case No.: CIV. 2:08-CV-0922-GEB GGH

19        Plaintiffs,

                      **STIPULATED PROTECTIVE ORDER**

20  vs.

21  CITY OF VALLEJO; VALLEJO OFFICER
J. WENTZ (ID#524); VALLEJO OFFICER

22  JOHN BOYD (ID # 589); and DOES 1-30,

23        Defendant.

24  _____/

25  ///

26  ///

27  ///

28  ///

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**STIPULATED PROTECTIVE ORDER**

00683158.WPD

1    Plaintiff MACARIO BELEN DAGDAGAN and Defendants CITY OF VALLEJO,

2    WENTZ, BOYD, and MELVILLE by and through their undersigned counsel, and subject to

3    the approval of the court, stipulate to the following Protective Order, as set forth below:

4        1.    This is an action pursuant to Title 42 U.S.C. Section 1983, arising from the

5    arrest of Plaintiff and subsequent search of his residence pursuant to search warrant.

6        2.    Plaintiff has propounded Requests for Production of Documents, whereby

7    Plaintiff seeks information and documents, including sensitive and private personnel file

8    information involving the parties, which are confidential.  Additionally, Plaintiff seeks

9    information and documents, including sensitive and confidential policies and procedures

10   which are not for public consumption.

11       3.    Confidential information is information which has not been made public and

12   is privileged and confidential and protected from public disclosure under applicable law.

13   Material designated as "confidential" under this order include the information contained

14   therein, and any summaries, copies, abstracts, or documents derived in whole or in part from

15   materials designated as confidential (herein after "confidential material").

16       4.    Confidential material will be produced in conjunction with further responses

17   to Requests for Production of Documents, clearly marked as Confidential, and redacted as

18   necessary to protect the rights and privacy of third-parties.

19       5.    Confidential material produced pursuant to this order shall be used only for the

20   purpose of the prosecution, defense, or settlement of this action and for no other purpose,

21   confidential material may be disclosed or made available only to the court, to court reporters

22   retained in this action, to counsel for a party (including the paralegal, clerical, and secretarial

23   staff employed by such counsel), and to the "qualified persons" designated below:

24       a.    Experts or consultants (together with their clerical staff) retained by

25   such counsel to assist in the prosecution, defense or settlement of this action;

26       b.    A witness at any deposition or proceedings in this action; and

27       c.    Any other person as to whom the parties inviting agree in writing.

28   ///

*PORTER | SCOTT*
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
STIPULATED PROTECTIVE ORDER

00683158.WPD

Prior to receiving any confidential material, each "qualified person" shall be provided with a copy of this Order and shall execute a non-disclosure agreement in the form of Attachment A, the original copy of which shall be maintained by the counsel who is providing these materials.

6.   Any party that files or intends to file with the Court, for purposes of adjudication or to use at trial, documents or materials, including the existence of such material in any pleading, motion, exhibit or other paper, designated as Confidential pursuant to this Stipulated Protective Order, should, prior to filing such Confidential documents or materials, move the Court for an order sealing such documents upon a showing of good cause in compliance with the requirements of California Eastern District Court Local Rules 39-140 and 39-141, which are heretofore fully incorporated by reference.

7.   Upon the issuance of an order of the Court sealing such documents, all documents or materials designated as Confidential pursuant to this Stipulated Protective Order, and all papers or documents containing information or materials designated as "Confidential" that are filed with the Court for any purpose shall be filed and served under seal, with the following statement affixed to the document or information:

"This envelope is sealed pursuant to the order of the Court and contains Confidential information filed in this case by [name of party] and is not to be opened nor the contents thereof displayed or revealed except by order of the Court."

8.   The portion of any deposition in which confidential materials are discussed shall be taken only in the presence of qualified persons, as defined above.

9.   Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own confidential material as it deems appropriate.  Receipt by any party of any confidential information shall not be either an admission or claim that the information is private, confidential, proprietary, and/or trade secret, as asserted by the propounding party, nor an admission with respect to the authenticity, competency, relevance or materiality thereof.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3
STIPULATED PROTECTIVE ORDER
00683158.WPD

1  10.    All documents designated as "Confidential" shall be treated as such and shall

2  be subject to the provisions hereof unless and until one of the following occurs:

3  a.    The party who claims that the material is Confidential Information

4  withdraws such designation in writing; or

5  b.    The Court rules the material is not Confidential Information.  If a party

6  contends that any material is not entitled to confidential treatment, such party may at any time

7  apply to the Court for an order removing the confidential designation from any material.

8  11.    This Order shall be without prejudice to present a motion to the court under

9  Federal Rule of Civil Procedure 26 (c) for a separate Protective Order as to any particular

10  document or information, including restrictions different from those as specified herein.  This

11  shall not be deemed to prejudice the parties in any way in any future application for

12  modification of this Stipulation and Order.

13  12.    Nothing in this Order nor the production of any information or document under

14  the terms of this Order nor any proceedings pursuant to this Order, shall be deemed to have

15  the affect of an admission or waiver of objections or privileges by either party or of altering

16  the confidentiality or non-confidentiality of any such document or information or altering any

17  existing right or obligation of any party or the absence thereof.

18  13.    At the conclusion of this litigation, counsel for Plaintiff shall return all

19  confidential and derivative materials within 60 calendar days, or shall certify to the

20  Defendants that all such materials have been destroyed.

21  14.    This Order shall survive the final termination of this action, and the court shall

22  retain jurisdiction to resolve any dispute concerning the use of information disclosed

23  hereunder.

24  ///

25  ///

26  ///

27  ///

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

4
STIPULATED PROTECTIVE ORDER
00683158.WPD

1    IT IS SO STIPULATED.

2

3    Dated July 7, 2009                    HINTON, ALFERT & SUMNER
                                           A Professional Corporation
4

5                                          By   /s/   Peter W. Alfert
                                                Peter W. Alfert
6    Dated July 7, 2009                         Attorneys for Plaintiff

7
                                           Todd Boley
8                                          Attorney at Law

9
                                           By:    /s/    Todd Boley
10                                               Todd Boley
                                                 Attorney for Plaintiff
11

12
     Dated July 7, 2009                    PORTER SCOTT
13                                         A Professional Corporation

14
                                           By   /s/ John R. Whitefleet
15                                               Terence J. Cassidy
                                                 John R. Whitefleet
16                                               Attorneys for Defendants

17                                   **ORDER**

18        Having reviewed the above Stipulation, and good cause appearing,

19        IT IS SO ORDERED.

20

21   July 22, 2009

22
                                           /s/ Gregory G. Hollows
23
                                           _____
24                                         Magistrate Judge of the United States District
                                           Court Eastern District of California

25   dagdagan.ord

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**STIPULATED PROTECTIVE ORDER**

00683158.WPD