IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACARIO BELEN DAGDAGAN,

    Plaintiff,                                  CIV. NO. S- 08-0922 GEB GGH

    vs.

CITY OF VALLEJO, et al.,

    Defendants.                           ORDER

_____/

        Presently before the court is plaintiff' ex parte application for order shortening time, filed October 28, 2009, to permit hearing on his motion to compel expert deposition and for sanctions. Upon review of plaintiff's supporting papers, the application will be granted.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's application for order shortening time, filed October 28, 2009, (dkt. # 44), is granted.

        2. The minute order, dated October 26, 2009, which required filing of the joint statement for plaintiff's previously noticed motion (dkt. #42), is superseded by this order.

        3. The parties shall file one joint statement which addresses both of plaintiff's motions to compel.

        4. Plaintiff shall submit his draft portion of the joint statement to defendants by 3:00 p.m. on Thursday, October 29, 2009. Defendants shall return their portion of the joint statement to plaintiff by Friday, October 30, 2009, at 5:00 p.m. Plaintiff shall file the completed

joint statement, with no changes or additions made to the joint statement, by 12:00 noon on Monday, November 2, 2009.  Any reply will be made by oral argument at hearing.

       5. Hearing on both of plaintiff's motions to compel is set for November 5, 2009 at 10:00 a.m.

       6. No further applications for order shortening time will be granted.

DATED: October 28, 2009

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              U. S. MAGISTRATE JUDGE

GGH:076:Dagdagan0922.ost.wpd