IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCARIO BELEN DAGDAGAN,

        Plaintiff,

  v.

CITY OF VALLEJO; VALLEJO OFFICER J. WENTZ (ID #524); VALLEJO OFFICER JOHN BOYD (ID #589); and DOES 1-30,

        Defendants.

2:08-cv-0922-GEB-GGH

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE PRE-TRIAL (STATUS) SCHEDULING ORDER

    Defendants filed an ex parte motion to modify the Rule 16 Scheduling Order to allow more time for expert witness discovery. Plaintiff opposes the request, arguing good cause has not been shown to justify the requested modification. However, trial is not scheduled to commence in this action until August 3, 2010, and in light of the unusual time-gap between the trial and other scheduled dates, judicial time need not be invested analyzing whether good cause exists to modify the scheduling order. Therefore, the Rule 16 Scheduling Order is modified as follows:

    (1)   Expert discovery shall be completed by February 11, 2010;

```
 1            (2)  the last hearing date for motions is March 22, 2010, at
 2                 9:00 a.m.; and
 3            (3)  the final pretrial conference is set for May 24, 2010,
 4                 at 2:30 p.m.
 5       IT IS SO ORDERED.
 6  Dated:  November 10, 2009
 7
 8                                    _____
                                      GARLAND E. BURRELL, JR.
 9                                    United States District Judge
```