IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCARIO BELEN DAGDAGAN,      )
                              )      2:08-cv-00922-GEB-KJN
            Plaintiff,        )
                              )
      v.                      )      ORDER*
                              )
CITY OF VALLEJO, VALLEJO OFFICER )
JOHN BOYD (ID#589), VALLEJO   )
OFFICER J. WENTZ (ID#524), and )
JAMES MELVILLE,               )
                              )
            Defendants.       )
_____ )

          Plaintiff requests reconsideration of the Magistrate Judge's
October 11, 2011 Order, which denied Plaintiff's motion for sanctions
without prejudice, holding "it would be more appropriate for plaintiff's
motion to be heard by the trial judge . . . as a motion in limine
because the motion concerns the exclusion of testimony at trial." (ECF
No. 95 3:5-7.) Defendants do not oppose the motion.

          Pursuant to E.D. Cal. R. 303(f) and Federal Rule of Civil
Procedure 72(a), a magistrate judge's orders shall be upheld unless
"clearly erroneous" or "contrary to law." Upon review of the entire
file, the Court finds that Plaintiff has not shown the Magistrate

_____

          *  This matter is deemed suitable for decision without oral
argument.  E.D. Cal. R. 230(g).

1   Judge's ruling was clearly erroneous or contrary to law. Therefore,

2   Plaintiff's request for reconsideration is DENIED.

3   Dated:  November 3, 2011

4

5                                 _____

6                                 GARLAND E. BURRELL, JR.
                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28