IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCARIO BELEN DAGDAGAN,        )
                                )   2:08-cv-00922-GEB-KJN
          Plaintiff,            )
                                )
     v.                         )   <u>ORDER RE: SETTLEMENT AND</u>
                                )   <u>DISPOSITION</u>
CITY OF VALLEJO; VALLEJO OFFICER)
JOHN BOYD (ID#589); VALLEJO     )
OFFICER J. WENTZ (ID#524);      )
VALLEJO OFFICER JAMES MELVILLE  )
(ID#559),                       )
                                )
          Defendants.           )
_____)

    The parties filed a "Notice of Settlement" on March 26, 2012, in which they state, "the parties have entered into a settlement in the above-referenced matter" and request "the Court grant them sixty (60) days with which to complete and file all respective dismissals and necessary dispositive documentation." (ECF No. 107, 2:1-4.)

    Therefore, a dispositional document shall be filed no later than May 28, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    Further, the final pretrial conference scheduled on April 9, 2012, and trial scheduled to commence on June 19, 2012, are vacated. A

1

status conference is scheduled to commence at 9:00 a.m. on June 25, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge