1   Peter W. Alfert, SBN 83139
    **HINTON ALFERT & KAHN LLP**
2   200 Pringle Ave.,
    Suite 450
3   Walnut Creek, CA 94596
    Telephone: (925) 279-3009
4   Facsimile: (925) 279-3342
    www.hintonalfert.com
5   Email: palfert@hintonalfert.com

6   Todd Boley, SBN 68119
    Attorney At Law
7   1212 Broadway, 16th Floor
    Oakland, Ca 94612
8   telephone (510) 836-4500
    facsimile (510) 649-5170
9
    Attorneys for Plaintiff MACARIO BELEN DAGDAGAN
10

11

12                 **IN THE UNITED STATES DISTRICT COURT**

13                   **EASTERN DISTRICT OF CALIFORNIA**

14  MACARIO BELEN DAGDAGAN,              Case No.: CIV. 2:08-CV-0922-GEB GGH

15          Plaintiffs,
                                         **STIPULATION   FOR   VOLUNTARY**
16  vs.                                  **DISMISSAL WITH PREJUDICE**

17  CITY OF VALLEJO; VALLEJO OFFICER J.
    WENTZ (ID#524); VALLEJO OFFICER JOHN
18  BOYD (ID # 589); and DOES 1-30,

19          Defendant.

20  _____/

21

22          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MACARIO

23  BELEN DAGDAGAN and Defendants CITY OF VALLEJO, J. WENTZ, JOHN BOYD, and

24  MELVILLE (hereinafter collectively "Defendants"), by and through their respective undersigned

25  counsel, that any and all claims against Defendants be dismissed with prejudice pursuant to Rule

26  41(a)(1) of the Federal Rules of Civil Procedure.

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

                                    1
01019513.WPD

1          Respectfully submitted,

2

3   Dated: May 22, 2012

4                                                By  /s/
                                                     Todd Boley
5                                                    Law Offices of Todd Boley

6                                                    and

7                                                    Peter W. Alfert
                                                     **HINTON ALFERT & KAHN LLP**
8
                                                     Attorneys for Plaintiff
9

10  Dated: May 22, 2012                              PORTER SCOTT
                                                     A Professional Corporation
11

12                                               By  /s/ John R. Whitefleet
                                                     Terence J. Cassidy
13                                                   John R. Whitefleet
                                                     Attorneys for Defendants CITY OF VALLEJO,
14                                                   MELVILLE, J. WENTZ, JOHN BOYD

15

16

17          IT IS SO ORDERED.

18

19  Dated: _____

20                                                   _____
                                                     District Judge Garland E. Burrell, Jr.
21                                                   United States District Court
                                                     Eastern District of California

22

23

24

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
*www.porterscott.com*

2

**Stipulation and Order for Dismissal**

01019513.WPD